**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| In Re: | * | Case Number 04-38551 |
| | * | Adversary Case Number 05-03274 |
| Andrea S. Gallardo | * | Judge Richard L. Speer |
| | * | **MOTION TO REOPEN CASE** |
| | * | |
| | * | |
| * * | * | |

NOW COMES the Debtor, Andrea S. Gallardo, by and through her legal counsel, and respectfully moves this Court for an order to reopen her Chapter 7 Case so that Debtor may address legal issues pertaining to her case.

**WHEREFORE**, Debtor respectfully requests that her Chapter 7 Case be reopened.

Respectfully submitted,


/S/ B. Maximillion Harvey
B. Maximillion Harvey, Esq.
Counsel for Debtor
The Harvey Law Office, Ltd.
520 Madison Avenue, Suite 405
Toledo, OH 43604
419-720-0400

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies under penalties of perjury that I caused the foregoing to be served on March 1, 2007 electronically to: United States Trustee; Louis J. Yoppolo (lyoppolo@snhslaw.com), Chapter 7 Trustee; and by depositing the same in the U.S. Mail, in Toledo, Ohio with proper postage prepaid to the parties named below and attached hereto:

Ms. Andrea S. Gallardo
15904 Garfield Road
Wakeman, OH 44889

<u>/S/ B. Maximillion Harvey</u>
B. Maximillion Harvey, Esq.
Counsel for Debtor