# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

|  |  |  |
|---|---|---|
| **In Re** | ) | **HONORABLE RICHARD L. SPEER** |
|  | ) |  |
| Andrea S. Gallardo | ) | **Case No.** 04-38551 -7 |
|  | ) |  |
| **Debtor(s)** | ) |  |

## ORDER TO SHOW CAUSE

This matter comes before this Court upon failure by the Debtor to file a Motion regarding Court's Order dated November 29, 2005 revoking Debtor's Discharge.

On April 10, 2007, this Court entered an Order granting Debtor's Motion to Reopen the above captioned Chapter 7 Case for the purpose of filing a Motion regarding the Revocation of Debtor's Discharge entered on November 29, 2005. Pursuant to the Court's Order, the Debtor was given ten (10) days from the date of the Order to file the appropriate Motion.

It appearing to the Court that a Motion has not been filed, it is

**ORDERED** that the Debtor **SHOW CAUSE** as to why the above captioned Chapter 7 Case should not be **administratively re-closed** for failure to follow the Orders of the Court.

It is **FURTHER ORDERED** that the appropriate document or response must be **RECEIVED BY AND FILED WITH** the Office of the Clerk, United States Bankruptcy Court, 411 U.S. Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio, 43604, **NO LATER THAN, THURSDAY, MAY 3, 2007 BY 4:00 P.M., OR THE CASE SHALL BE RE-CLOSED WITHOUT FURTHER NOTICE OR HEARING.**

Dated:

APR 2 3 2007

/S/ RICHARD L. SPEER
_____
**RICHARD L. SPEER**
**United States Bankruptcy Judge**